IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELVIN L. CHEATHAM, JR. | * |
| v. | * Civil No. – JFM-16-111 |
| MARYLAND TRANSIT ADMINISTRATION | * |

## MEMORANDUM

Melvin L. Cheatham, Jr. has filed this action against the Maryland Transit Administration. He alleges no facts in support of the complaint and, as relief, requests damages in the amount of $95,680.00 and an injunction ordering reinstatement of employment and clearance of employment record. Defendants have filed a motion to dismiss. Cheatham has filed an opposition to the motion.

The complaint alleges no facts to support a plausible claim for relief. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Accordingly, this action is dismissed.

Date:

J. Frederick Motz
United States District Judge

1